**SAPORITO, SAPORITO & FALCONE**

ATTORNEYS AT LAW
SUITE 202
FOUR HUNDRED NINETY NORTH MAIN STREET
PITTSTON, PENNSYLVANIA 18640

JOSEPH F. SAPORITO (1919-2001)
JOSEPH F. SAPORITO, JR.
SAMUEL A. FALCONE, JR
WILLIAM J. WATT, III

(570) 654-4643
FAX (570) 654-5050
E-Mail: jsaporito@saporitofalcone.com
sfalcone@saporitofalcone.com
billwatt@saporitofalcone.com

June 4, 2008

Honorable Edwin M. Kosik
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA 18501

RE: Maira v. Metropolitan Life Insurance Company
No.: 08-79

FILED
SCRANTON
JUN 06 2008
PER _____
DEPUTY CLERK

Dear Judge Kosik:

    I am pleased to inform you that the parties have reached a settlement in connection with the above-captioned matter. As a result, there will be no need to hold any further conferences regarding this matter. The settlement documents will be executed in the near future.

    I would like to thank you for your cooperation and courtesy in this matter. Please do not hesitate to contact me should you have any questions or concerns.

Very truly yours,

JOSEPH F. SAPORITO, JR.

JFSJR:wjw
cc: Veronica W. Saltz, Esquire
    Ms. Andrea Maira